## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

IN RE: BOBBY RAY COLLINS         CASE NO. 19-80017

---

**APPLICATION FOR APPOINTMENT OF REALTOR AND BROKER AND APPROVAL OF COMPENSATION AND EXPENSES**

---

**NOW INTO COURT**, comes the Trustee of the above named estate, who respectfully represents that:

1.

In the administration of the estate of the aforesaid debtors it is necessary and in the best interest of the estate to employ a realtor/broker to assist in the disposal of certain real estate found in this estate.

2.

Mover desires to retain the firm of **RITCHIE REAL ESTATE** as a realtor and broker to assist him in the marketing of immovable property in the administration of this estate; mover believes the firm to be well qualified to act as realtor and broker in this matter, and shows that the firm includes Matthew Ritchie who holds a "CCIM" (Certified Commercial Investment Member) designation and that the members and agents are licensed to act as realtors and brokers and qualified with prior experience in cases of this character; and, further shows that the firm is willing to perform the necessary services at the standard rate of commission in the industry in this area.

3.

Mover shows that the firm of Ritchie Real Estate and its members and agents are "disinterested" and do not hold or represent an interest adverse to the estate nor has it served as an examiner in this case; additionally, the firm agrees that it will not while employed by applicant represent a creditor in connection with the case; finally, he shows that approval of its employment as realtor and broker will be in the best interest of this estate.

4.

Mover also shows that the firm proposed to serve as realtor and broker has not been previously employed by said debtors or any person having an interest adverse to said debtors or any of the creditors of said debtors or any other party in interest, their respective attorney and accountants, the Office of the United States Trustee, or any person connected with or employed by the Office of the United States Trustee.

5.

The employment of the firm of Ritchie Real Estate will be of benefit to the estate since it will result in the sale of real estate found in the estate for a price that is in keeping with its value in an expeditious fashion.

6.

The normal compensation for services of a realtor and a broker in this community for marketing and selling similar property is routinely fixed at six (6%) per cent of the gross sales price, together with expenses of the sale. Mover shows that the same is fair and reasonable and has been approved previously by this court in similar cases.

7.

It is therefore appropriate that the same compensation package be approved at the time of appointment in order to avoid additional, unnecessary filings in this matter. Payment of this amount should be authorized to be paid by the trustee at this time, without further notice and at the time the proceeds of the sale are received, as the same is a fixed percentage of the sale and can be easily determined. In the event the actual expenses exceed the amount authorized to be paid pursuant to the local rules of this court mover will seek authority to pay the same by separate application.

**WHEREFORE, APPLICANT PRAYS** that he be authorized to employ and appoint the firm

of **RITCHIE REAL ESTATE,** as realtor and broker for the estate and that he be authorized to make payment of six per cent (6%) of the gross sales proceeds of the sale upon receipt of the same, without further notice, together with all reasonable expenses of the sale pursuant to the local rules of this court.

          **/S/ THOMAS R. WILLSON**
          **THOMAS R. WILLSON**
          **TRUSTEE IN BANKRUPTCY**
          **1330 JACKSON STREET**
          **ALEXANDRIA, LOUISIANA 71301**
          **TEL. 318-442-8658**

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing application has been mailed to the Office of the U.S. Trustee, on the 28th day of February, 2019.

          **/S/ THOMAS R. WILLSON**
          **THOMAS R. WILLSON**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE:  BOBBY RAY COLLINS                                               CASE NO. 19-80017

---
### SWORN DECLARATION UNDER PENALTY OF PERJURY
---

**STATE OF LOUISIANA**

**PARISH OF RAPIDES**

Now comes Teri B. Strickland, who appears on behalf of the firm of Ritchie Real Estate, and swears under penalty of perjury that she is authorized to act on behalf of the firm of Ritchie Real Estate, is a member of the firm and an agent associated with the firm, that the allegations contained in the foregoing application are true and correct, and that she is a qualified realtor, licensed to practice in the State of Louisiana. She further stated that she and the members and agents of the firm are disinterested persons and neither hold nor represent any adverse interest to the estate, and that the firm and its members and agents have not served as an examiner in this case nor have they or it been previously employed by debtors or any person having an interest adverse to the debtors or any of the creditors of said debtors or any other party in interest, their respective attorney and accountants, the Office of the United States Trustee, or any person connected with or employed by the Office of the United States Trustee.  Affiant further states that the firm and its members and agents shall not, while employed by the Applicant, represent any creditor in connection with this case. She further stated that she has authority to and does execute this act in her individual capacity and as a representative of the firm of Ritchie Real Estate.

SIGNED UNDER PENALTY OF PERJURY, this 28th day of February, 2019, at Alexandria, Louisiana.

                                          **/S/ TERI B. STRICKLAND**
                                          **TERI B. STRICKLAND**